FILED _____ ENTERED
LODGED _____ COPIED

JUN - 2003 

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DIVISION OF MARYLAND

| | |
|---|---|
| JOSE ISAIAH MARQUINA <br> 4707 Cardinal Avenue <br> Beltsville, MD 20705 <br><br> and <br><br> DINA MARQUINA <br> 4707 Cardinal Avenue <br> Beltsville, MD 20705 <br><br> Plaintiffs <br><br> V. <br><br> PATRICK J. HUTNICK <br> 2931 Community Drive <br> Bath, Pennsylvania 18014 <br><br> Defendant | Civil Action No. PJM 03 CV1531 |

## LINE

Madam Clerk:

You will please note that the Defendant has moved. I learned of the new address after twenty days had past and after a check with the phone company indicated that the residence on the Complaint was no longer occupied by the Defendant.

Respectfully

*Sandra Barron*

Sandra W. Barron, No. 08450
14400 Sandy Ridge Road
Silver Spring, MD 20904
(301) 879-5715
FAX (301) 879-5716

6/15/03

