UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

JUL 3 2003

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| JOSE ISAIAH MARQUINA )<br>and )<br>DINA MARQUINA )<br>    Plaintiffs )<br>v )<br>PATRICK J. HUTNICK )<br>    Defendant ) | Civil Action No. PJM 023 CV 1531 |

## ORDER OF DISMISSAL

Upon consideration of Defendant's Motion to Dismiss and Plaintiffs' Consent to Motion to Dismiss, it is, this 3 Day of July, 2003, by the United States District Court for the District of Maryland,

ORDERED, That Plaintiffs' Complaint be, and hereby is, dismissed without prejudice.

_____
PETER J. MESSITTE, Judge
United States District Court
for the District of Maryland

copies to:

Matthew J. Parini
6565 Arlington Boulevard, Suite 200
Falls Church, VA 22042

Sandra W. Barron
14400 Sandy Ridge Road
Silver Spring, MD 20904

MICROFILMED
7

6/24/03